IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Fasano, Michael | Case Number: 07 B 05598 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 10/29/08 | Filed: 3/29/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 18, 2008
Confirmed: June 14, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,744.47 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,647.41 |
| Trustee Fee: | | 97.06 |
| Other Funds: | | 0.00 |
| Totals: | 1,744.47 | 1,744.47 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,374.00 | 1,647.41 |
| 2. | Car Town | Secured | 0.00 | 0.00 |
| 3. | Monterey Financial Services | Secured | 0.00 | 0.00 |
| 4. | Internal Revenue Service | Priority | 756.55 | 0.00 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 907.00 | 0.00 |
| 6. | Internal Revenue Service | Unsecured | 124.17 | 0.00 |
| 7. | Monterey Financial Services | Unsecured | 83.92 | 0.00 |
| 8. | Comcast Cablevision | Unsecured | 89.66 | 0.00 |
| 9. | Household Bank FSB | Unsecured | 77.17 | 0.00 |
| 10. | Asset Acceptance | Unsecured | 145.88 | 0.00 |
| 11. | Asset Acceptance | Unsecured | 14.92 | 0.00 |
| 12. | Credit Protection Association | Unsecured | | No Claim Filed |
| 13. | Credit Protection Association | Unsecured | | No Claim Filed |
| 14. | Credit Protection Association | Unsecured | | No Claim Filed |
| 15. | Credit Protection Association | Unsecured | | No Claim Filed |
| 16. | Credit Protection Association | Unsecured | | No Claim Filed |
| 17. | Finest International | Unsecured | | No Claim Filed |
| 18. | GEMB | Unsecured | | No Claim Filed |
| 19. | First Revenue Assurance | Unsecured | | No Claim Filed |
| 20. | H & F Law Offices | Unsecured | | No Claim Filed |
| 21. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 22. | H & F Law Offices | Unsecured | | No Claim Filed |
| 23. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 24. | H & F Law Offices | Unsecured | | No Claim Filed |
| 25. | KCA Financial Services | Unsecured | | No Claim Filed |
| 26. | Illinois Collection Service | Unsecured | | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Fasano, Michael

Printed: 10/29/08

Case Number: 07 B 05598
Judge: Wedoff, Eugene R
Filed: 3/29/07

### DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | Household | Unsecured | | No Claim Filed |
| 28. | KCA Financial Services | Unsecured | | No Claim Filed |
| 29. | LaSalle Bank NA | Unsecured | | No Claim Filed |
| 30. | KCA Financial Services | Unsecured | | No Claim Filed |
| 31. | Marauder Corporation | Unsecured | | No Claim Filed |
| 32. | Mercury Finance Co | Unsecured | | No Claim Filed |
| 33. | Van Ru Credit Corporation | Unsecured | | No Claim Filed |
| 34. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 35. | TCF Bank | Unsecured | | No Claim Filed |
| 36. | Portfolio Acquisitions | Unsecured | | No Claim Filed |
| | | | $ 4,573.27 | $ 1,647.41 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 80.26 |
| 6.5% | 16.80 |
| | $ 97.06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

